**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cedrick WILLIAMS, Defendant–Appellant.**

No. 14–13679

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 8, 2015.

Jodi Leigh Anton, Wifredo A. Ferrer, Gera R. Peoples, Kathleen Mary Salyer, Karen Olivia–Marie Stewart, Francis Viamontes, U.S. Attorney's Office, Miami, FL, Roger Powell, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Michael B. Cohen, Michael B. Cohen, PA, Fort Lauderdale, FL, Cedrick Williams, FDC Miami–Inmate Legal Mail, Miami, FL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael B. Cohen, counsel for Cedrick Williams in this direct criminal appeal, has moved to withdraw from further representation of Williams and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is